AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WARREN MITCHELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:22-CV-060

OFFICER JONES,

    Defendant.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the jury's verdict entered March 12, 2024, judgment is hereby entered in favor of Defendant and against Plaintiff. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 14, 2024
Date

John E. Triplett, Clerk of Court
Clerk

Whitny Sharp, CKD
(By) Deputy Clerk

GAS Rev 10/2020